UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SONNY PERDUE, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-01763-RS<br><br>**ORDER RE APPLICATION FOR ADMISSION PRO HAC VICE** |

On March 11, 2019, Peter T. Reed filed an application for admission to practice *pro hac vice* in the Northern District of California. Under Civil Local Rule 11-3(a)(3), an attorney seeking admission on this basis must designate local co-counsel who maintains an office within the State of California. Mr. Reed's application does not provide an in-state address for his local co-counsel. He may remedy this defect by either (1) providing an in-state address for the co-counsel identified in the initial application or (2) promptly filing a new application which identifies qualifying co-counsel. In either case, no additional filing fee will be required.

**IT IS SO ORDERED**.

Dated: March 12, 2019

_____
RICHARD SEEBORG
United States District Judge