UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SONNY PERDUE, et al.,<br><br>Defendants. | Case No. 18-cv-01763-RS (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 92 |

Plaintiffs' letter brief lists the documents they have requested in camera review of in an Exhibit B, which has the document Bates number, file name, date and privilege description. ECF No. 91-2. Defendants' letter brief lists their documents solely by Bates number, ECF No. 92-1, which means the Court has to search through a 142-page privilege log to find this other information, which is not convenient. The Court **ORDERS** Defendants to file a supplemental Exhibit A by October 21, 2019 that also includes the document file names, dates and privilege descriptions.

**IT IS SO ORDERED.**

Dated: October 17, 2019

THOMAS S. HIXSON
United States Magistrate Judge