UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR ENVIRONMENTAL
HEALTH, et al.,

          Plaintiffs,

     v.

SONNY PERDUE, et al.,

          Defendants.

Case No.  18-cv-01763-RS   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 91

Concerning ECF No. 91, the privilege log for the documents Plaintiffs have selected states that documents 10 (OLPP_00143647) and 13 (OLPP_00142662) are redacted.  However, from the in camera submission, the Court can't tell what was redacted.  The Court **ORDERS** Defendants to resubmit these documents in camera in such a fashion that the Court can tell what was redacted.  If the redactions are for some reason hard to depict, the Defendants can submit redacted and unredacted versions, and the Court can compare them.  Defendants shall submit these documents in camera by October 21, 2019.

**IT IS SO ORDERED.**

Dated: October 17, 2019

THOMAS S. HIXSON
United States Magistrate Judge