1  George A. Kimbrell (Pro Hac Vice)
   Amy van Saun (Pro Hac Vice)
2  CENTER FOR FOOD SAFETY
   2009 NE Alberta St., Suite 207
3  Portland, Oregon 97211
   T: (571) 527-8618
4  Emails: gkimbrell@centerforfoodsafety.org
   avansaun@centerforfoodsafety.org
5
   Attorneys for Plaintiffs
6
                  UNITED STATES DISTRICT COURT
7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
8

9

10  CENTER FOR ENVIRONMENTAL
    HEALTH *et al.*,                          Case No. 3:18-cv-01763-RS
11
12                   Plaintiffs,
                                               **JOINT STATUS REPORT AND**
13        v.                                   **STIPULATION TO CONTINUE STAY**

14  THOMAS VILSACK, in his official capacity as
    Secretary of U.S. Department of Agriculture *et*
15  *al.*,

16
                     Defendants.
17

18

19

20

21

22

23

24

25

26

27

28  *Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
    Joint Status Report

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY**

Pursuant to Local Rule 7-12 and the stipulated order entered June 21, 2021, ECF No. 142, the Plaintiffs—Center for Environmental Health; Center for Food Safety; Cultivate Oregon; International Center for Technology Assessment; National Organic Coalition; Animal Legal Defense Fund; and Humane Society of the United States—and Defendants—Thomas Vilsack, Secretary of the U.S. Department of Agriculture; Bruce Summers, Administrator of the Agricultural Marketing Service; Jennifer Tucker, Ph.D., Deputy Administrator of the National Organic Program; and United States Department of Agriculture (USDA)—through their respective undersigned counsel, hereby state as follows:

1.      On January 22, 2021, the parties sought a limited 30-day stay to explore the potential for an agreement that would allow resolution of this matter without further litigation. This Court granted the stay, ECF No. 134, and ordered a joint status report by March 19, 2021.

2.      On March 19, 2021 the parties provided a joint status report that sought an additional 30-day stay to allow for continued discussions around an agreement to resolve the litigation. ECF No. 135.

3.      The parties filed a similar joint status report on April 20, 2021 and the Court ordered an additional 30-day stay. ECF No. 137, 138.

4.      On May 20, 2021, the parties sought and were granted an additional 30-day stay to continue settlement discussions. ECF Nos. 139, 140.

5.      On June 17, 2021, the parties sought an additional 30-day stay and it was granted on June 21, 2021. ECF Nos. 141, 142.

6.      Plaintiffs and Defendants met and conferred following the latest stay order, most recently on July 16, 2021. The discussion continues to be productive and the parties are working to memorialize their points of agreement and reach an agreement in principle.  However, the parties are still negotiating key points, and their efforts to make further progress have been slowed by the press of work in other cases and pre-scheduled summer vacation plans.  To allow for continued

1    efforts to resolve the litigation without further briefing, the parties seek an additional 30-day stay.

2    The parties intend this to be the final stay absent reaching an agreement in principle by August 20,

3    2021 or other unforeseen circumstances.

4         **THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the

5    parties, that these proceedings should be stayed for an additional 30 days, with a joint status report

6    no later than August 20, 2021.

7

8         Dated:  July 21, 2021                    Respectfully submitted,

9
                                                   */s/  George A. Kimbrell*
10                                                 George A. Kimbrell (Pro Hac Vice)
                                                   Amy van Saun (Pro Hac Vice)
11                                                 Center for Food Safety
                                                   2009 NE Alberta St., Suite 207
12                                                 Portland, Oregon 97211
                                                   T: (571) 527-8618
13                                                 Emails: gkimbrell@centerforfoodsafety.org
                                                   avansaun@centerforfoodsafety.org
14

15                                                 *Attorneys for Plaintiffs*

16
                                                   BRIAN M. BOYNTON
17                                                 Acting Assistant Attorney General

18
                                                   ERIC R. WOMACK
19                                                 Assistant Branch Director
                                                   Federal Programs Branch
20
                                                    */s/ Serena M. Orloff*
21                                                 SERENA M. ORLOFF
22                                                 Cal. Bar. No. 260888
                                                   Trial Attorney
23                                                 U.S. Department of Justice
                                                   Civil Division, Federal Programs Branch
24                                                 1100 L Street NW
25                                                 Washington, D.C. 20005
                                                   Tel: (202) 305-0167
26                                                 Fax: (202) 616-8470
                                                   Email: serena.m.orloff@usdoj.gov
27

28   *Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
     Joint Status Report

1

*Attorney for Defendants*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
Joint Status Report

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Having considered the parties' joint stipulation to continue the stay of these proceedings pending the parties' settlement discussions, and good cause appearing, the Court hereby ORDERS that this proceeding will continued to be STAYED for an additional 30 days, ending August 20, 2021. The parties shall submit a joint status report regarding further proceedings no later than that date.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 23rd, 2021

_____
HON. RICHARD SEEBORG
United States District Judge

*Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
Order