BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JULIE STRAUS HARRIS
Assistant Branch Director
LISA NEWMAN
Trial Attorney (TX 24107878)
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-5578
Fax: (202) 616-8470
E-mail: lisa.n.newman@usdoj.gov

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH *et al.*, | Case No. 3:18-cv-01763-RS |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| THOMAS VILSACK, in his official capacity as Secretary of U.S. Department of Agriculture *et al.*, | |
| Defendants. | |

*Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
Joint Status Report

## JOINT STATUS REPORT

Pursuant to this Court's order on March 4, 2022, ECF No. 176, the parties file the following status report:

1. On March 4, 2022, this Court granted USDA's motion for voluntary remand without vacatur and ordered the parties to file a status report within 180 days.  ECF No. 176.

2. On August 9, 2022, the United States Department of Agriculture published for public comment in the Federal Register a Notice of Proposed Rulemaking for the National Organic Program (NOP); Organic Livestock and Poultry Practices Rule, 87 Fed. Reg. 48,562 (Aug. 9, 2022) (NPRM).

3. The parties filed a status report on March 1, 2023, updating the Court on the status of the rulemaking and proposing that the parties file a status report in 90 days.  Dkt. 179.  The parties recently realized that they had missed their proposed deadline, and now update the Court with the following: The public comment period for the NPRM closed on November 10, 2022.  USDA received 39,712 comments on the NPRM.  USDA also hosted a virtual listening session on August 19, 2022, regarding the proposed rule.  The Rule now appears on the OPB regulatory dashboard, https://www.reginfo.gov/public/jsp/EO/eoDashboard.myjsp, and USDA anticipates publication of a Final Rule in 2023.

4. The parties conferred and jointly propose filing another status report in 90 days to update the Court on the status of the rulemaking.

Dated:  August 14, 2023              Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

 /s/ Lisa Newman
LISA NEWMAN (TX 24107878)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

*Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
Joint Status Report

1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-5578
Fax: (202) 616-8470
Email: lisa.n.newman@usdoj.gov

*Attorney for Defendant*


*/s/ Amy van Saun*
AMY VAN SAUN (Pro Hac Vice)
George Kimbrell (Pro Hac Vice)
Center for Food Safety
2009 NE Alberta St., Suite 207
Portland, Oregon 97211
T: (571) 527-8618
Emails: avansaun@centerforfoodsafety.org
gkimbrell@centerforfoodsafety.org

*Attorneys for Plaintiffs*

*Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
Joint Status Report