| | |
|---|---|
| 1 | Amy van Saun (*Pro Hac Vice*) |
| 2 | George A. Kimbrell (*Pro Hac Vice*) |
|   | Center for Food Safety |
| 3 | 2009 NE Alberta St., Suite 207 |
|   | Portland, Oregon 97211 |
| 4 | T: (971) 271-7372 |
|   | Emails: avansaun@centerforfoodsafety.org |
| 5 | gkimbrell@centerforfoodsafety.org |
| 6 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CENTER FOR ENVIRONMENTAL HEALTH *et al.*,

    Plaintiffs,

v.

THOMAS VILSACK, in his official capacity as Secretary of U.S. Department of Agriculture *et al.*,

    Defendants.

Case No. 3:18-cv-01763-RS

**ORDER**
**JOINT STATUS REPORT**



GRANTED

Judge Richard Seeborg

Dated: 8/26/2024

*Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
Joint Status Report

**JOINT STATUS REPORT**

Pursuant to this Court's order on March 4, 2022, ECF No. 176, the parties file the following status report:

1. On March 4, 2022, this Court granted USDA's motion for voluntary remand without vacatur and ordered the parties to file a status report within 180 days. ECF No. 176.

2. On August 9, 2022, the United States Department of Agriculture published for public comment in the Federal Register a Notice of Proposed Rulemaking for the National Organic Program (NOP); Organic Livestock and Poultry Practices Rule, 87 Fed. Reg. 48,562 (Aug. 9, 2022) (NPRM).

3. On November 6, 2023, the parties jointly notified the Court that on November 2, 2023, the United States Department of Agriculture published in the Federal Register a final rule, The National Organic Program (NOP); Organic Livestock and Poultry Standards Rule, 88 Fed. Reg. 75,394 (Nov. 2, 2023), which is the culmination of a rulemaking on remand that sought to address "topics that were the subject of the OLPP final rule," and at issue in this litigation. See ECF No. 181.

4. The parties have reached a settlement agreement in principle, subject to final approval by the Department of Justice pursuant to its regulations and procedures. The parties jointly propose filing another status report on October 24, 2024 to update the Court.

Dated: August 22, 2024                     Respectfully submitted,

*/s/ Amy van Saun*
AMY VAN SAUN (Pro Hac Vice)
George Kimbrell (Pro Hac Vice)
Center for Food Safety
2009 NE Alberta St., Suite 207
Portland, Oregon 97211
T: (571) 527-8618
Emails: avansaun@centerforfoodsafety.org
gkimbrell@centerforfoodsafety.org

*Attorneys for Plaintiffs*

*Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
Joint Status Report

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOEY BORSON
Assistant Branch Director

 /s/ *Lisa Newman*
LISA NEWMAN (TX 24107878)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-5578
Fax: (202) 616-8470
Email: lisa.n.newman@usdoj.gov

*Attorney for Defendant*

*Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
Joint Status Report