Amy van Saun (*Pro Hac Vice*)
George A. Kimbrell (*Pro Hac Vice*)
Center for Food Safety
2009 NE Alberta St., Suite 207
Portland, Oregon 97211
T: (971) 271-7372
Emails: avansaun@centerforfoodsafety.org
gkimbrell@centerforfoodsafety.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL HEALTH *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS VILSACK, in his official capacity as Secretary of U.S. Department of Agriculture *et al.*,<br><br>Defendants. | Case No. 3:18-cv-01763-RS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, National Organic Coalition, Center for Environmental Health, Center for Food Safety, Cultivate Oregon, International Center for Technology Assessment, Animal Legal Defense Fund, and Humane Society of the United States, and Defendants, Tom Vilsack, in his official capacity as the Secretary of Agriculture, Bruce Summers, in his official capacity as Administrator of the Agricultural Marketing Service, Jennifer Tucker, Ph.D., in her official capacity as Deputy Administrator of the National Organic Program, and the United States Department of Agriculture, through their undersigned counsel hereby stipulate and agree to the dismissal of the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 24, 2024                    Respectfully submitted,

*/s/ Amy van Saun*
AMY VAN SAUN (Pro Hac Vice)
George Kimbrell (Pro Hac Vice)
Center for Food Safety
2009 NE Alberta St., Suite 207
Portland, Oregon 97211
T: (571) 527-8618
Emails: avansaun@centerforfoodsafety.org
gkimbrell@centerforfoodsafety.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Lisa Newman*
LISA NEWMAN (TX 24107878)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

*Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
Joint Stipulation of Dismissal with Prejudice                                          2

1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-5578
Fax: (202) 616-8470
Email: lisa.n.newman@usdoj.gov

*Attorney for Defendant*

*Center for Environmental Health et al v. Vilsack et al.*, No. 3:18-cv-01763-RS
Joint Stipulation of Dismissal with Prejudice                                                            3